## PETTIBONE-TAYLOR CO. V. FARMERS BANK & TRUST CO.

(Decided April 9, 1900. Rehearing denied June 18, 1908.)

APPEAL from Mobile Law and Equity Court.

Heard before Hon. SAFFOLD BERNEY.

ROACH & CHAMBERLAIN, for appellant. INGE & ARM-BRECHT, for appellee.

Per curiam. Affirmed for want of assignment of errors.